# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Heaton, Joe L. | 2. Court or Organization  Western District of Oklahoma | 3. Date of Report  4/25/2004 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  United States Courthouse  200 N.W. 4th Street, Room 3108  Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodial Accounts 1 and 2 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. N/A | Oklahoma Public Employees Retirement System - vested. Eligible at age 62. |

DISCLOSURE 2004 MAY -3 P 12:00 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Heaton, Joe L. | 4/25/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours; not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe L. | 4/25/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Duke Energy common stock | B | Dividend | K | T | | | | | |
| 2. Xcel Energy common stock | A | Dividend | K | T | | | | | |
| 3. Oil & gas working interest; see note. | C | Royalty | J | V | | | | | |
| 4. Smith Barney money fund (Citibank NA Bank Deposit Program) | A | Dividend | K | T | | | | | |
| 5. Investment Company of America | B | Dividend | M | T | | | | | |
| 6. Texas State Veterans Land bonds | A | Interest | J | T | | | | | |
| 7. Okla. Dev. Finance Auth. bonds (St. John's Health System) | A | Interest | K | T | | | | | |
| 8. Bank of Oklahoma checking accounts | | None | K | T | | | | | |
| 9. 323 East Mosier Limited Partnership, ltd. part. int. | A | Rent | M | U | | | | | |
| 10. Masterpiece Properties LP - ltd. part. interest | A | Rent | L | U | | | | | |
| 11. Meadowood II LP ltd. part. int real est. dev., Cleveland Co | A | Rent | M | U | | | | | |
| 12. Boydview Corp. common stock | G | Dividend | | | dissolution | | | | |
| 13. Hollywood Shopping CenterLLC, Norman, OK | C | Rent | J | U | | | | | |
| 14. West Oaks Rentals, gen. part., Norman, OK office building | A | Rent | J | U | | | | | |
| 15. Norman Builders Supply common stock | | None | J | U | | | | | |
| 16. Norman Construction & Paving common stock | | None | J | U | | | | | |
| 17. DDB Limited Partnership, ltd. part. Interest | A | Rent | L | U | | | | | |
| 18. Growth Fund of America | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe L. | 4/25/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Equitable of Iowa Whole Life Insurance | A | Dividend | J | U | | | | | |
| 20. Individual Retirement Trust #1 | C | Dividend | M | T | | | | | |
| 21. - Amcap Fund | | | | | | | | | |
| 22. - Investment Company of America | | | | | | | | | |
| 23. - Smith Barney money funds | | | | | | | | | |
| 24. - Growth Fund of America | | | | | Bought addit | 11/20 | J | | |
| 25. Individual Retirement Trust #2 | B | Dividend | M | T | | | | | |
| 26. - Amcap Fund | | | | | | | | | |
| 27. - Investment Company of America | | | | | | | | | |
| 28. - Smith Barney money funds | | | | | | | | | |
| 29. - Growth Fund of America | | | | | Bought addit | 11/20 | J | | |
| 30. Custodial Account #1 | A | | M | T | | | | | |
| 31. - Smith Barney money funds | | | | | | | | | |
| 32. - Bank of Oklahoma savings account | | | | | Closed | | | | |
| 33. - Smith Barney Large Cap Value fund | | | | | partial sale | 9/9 | J | | |
| 34. - Growth Fund of America | | | | | | | | | |
| 35. - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 36. - Masterpiece Properties LP, ltd part. interest | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe L. | 4/25/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 38. - DDB Limited Part. ltd. part. Interest | | | | | | | | | |
| 39. Custodial Account #2 | A | | M | T | | | | | |
| 40. - Smith Barney money funds | | | | | | | | | |
| 41. - Bank of Oklahoma account | | | | | | | | | |
| 42. - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 43. - Growth Fund of America | | | | | Bought addit | 7/24 | J | | |
| 44. - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 45. - Masterpiece Properties LP, ltd part. interest | | | | | | | | | |
| 46. - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 47. - DDB Limited Part. ltd. part. int. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

1.  The value of the oil and gas working interest identified in Part VII, line 3, is based on average monthly income during the period x 36 months.  The wells are located in Oklahoma (Folmar) and McClain (Lewis 1-11 and Mooney) Counties, Oklahoma.

2.  As to the custodial accounts shown in Part VII, filer is the custodian of the bank account and assets in brokerage account[ ] is custodian as to limited partnership interests.  Valuations of publicly traded funds are based on cash/market; values of limited pa nership interests are based on book value.

3.  The limited partnership interests identified in Pa   VII, lines 9, 10, 11, 13 and 17 also had interest or dividend income in addition to rental income (per K-1).  K-1 for the S-corp shown at line 13, shows dividends, rent and interest income.  (Softward only permits a single type to be shown.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date____4/26/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544